# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LEONARD THURMAN**                                                **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:18-cv-282-DPJ-FKB**

**MISSISSIPPI TRANSPORTATION MANAGEMENT**               **DEFENDANT**

## ORDER

This cause is before the on Court four motions filed by Plaintiff: Motion to Amend Complaint to Add Monetary Damages [6], Motion for Court to Provide Auxiliary Hearing Aid Devices, Head Phone, Caption, and EXTA, [7] Motion to Subpoena Recorded Calls [8], and Motion to Subpoena AT&T Phone Records [9].

Plaintiff's motion to amend, [6], seeks to give more detail as to the specifics of the $1,000,000.00 in damages he claims in his complaint. He requests that he be allowed to amend his complaint to show that the $1,000,000.00 in damages should be broken down as follows: $250,000.00 for negligence, $250,000.00 for defamation of character, and $500,000.00 for mental anguish. [6] at 1. The Court finds that the motion should be, and is hereby, granted.

Plaintiff's motion [7] requests that the Court provide him with assistance relating to his hearing loss, including providing hearing aids, head phones, etc. The Court interprets this request as only applying to trial or other proceedings before the Court and denies it without prejudice. Should the Court set an in-person proceeding or trial in this matter, Plaintiff may again request necessary accommodations relating to his hearing loss.

Plaintiff's other two motions [8] and [9] both contain discovery requests. These motions are denied without prejudice. *See* L.U.Civ.R. 26(a)(4). The Court will set a Case Management Conference in this matter, if necessary, following the Court's ruling on Defendant's Motion to

Dismiss [11]. Following the Case Management Conference, Plaintiff may request applicable discovery using the methods provided in the Federal Rules of Civil Procedure.

SO ORDERED this the 27th day of November, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE